UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**05 10883 WGY**

| | |
|---|---|
| BEVERLY PORT MARINA, INC. and LESLIE S. RAY INSURANCE AGENCY, INC., <br><br> Plaintiffs <br><br> vs. <br><br> ACADIA INSURANCE COMPANY, <br><br> Defendant | Civil Action No.:_____ |

### AFFIDAVIT OF LEONARD W. LANGER
### IN SUPPORT OF DEFENDANT'S MOTION FOR ADMISSION
### *PRO HAC VICE*

Leonard W. Langer, first being duly sworn, deposes and says under penalties of perjury:

1. My name is Leonard W. Langer, and I am an attorney-at-law duly admitted to practice, and in good standing, in all of the courts in the State of Maine, the United States District Court for the District of Maine, the United States Court of Appeals for the First and Third Circuit, and the United States Supreme Court.

2. I was admitted to practice by the Supreme Judicial Court of the State of Maine on September 27, 1979. I was admitted to practice before the United States District Court for the District of Maine in October, 1979, before the United States Court of Appeals for the First Circuit on December 9, 1987, the United States Court of Appeals for the Third Circuit on March 24, 2003, and before the United States Supreme Court on December 8, 2004.

3.  I am a member in good standing in every jurisdiction in which I have been admitted to practice. I have never been suspended or disbarred in any jurisdiction in which I have been admitted.

4.  I am currently a shareholder in the law firm of Tompkins, Clough, Hirshon & Langer, P.A., Three Canal Plaza, P.O. Box 15060, Portland, Maine, 04112-5060, 207-874-6700, and have practiced with the firm since its inception in September, 1994. Prior to that time, I was a partner in the law firm of Thompson, McNaboe, Ashley & Bull, 85 Exchange Street, Portland, Maine. Prior to my association with the latter firm, I was a law clerk for the Supreme Judicial Court in the State of Maine during the period from June, 1978 through June, 1979.

5.  Upon information and belief, neither I, nor any member of the firm of Tompkins, Clough, Hirshon & Langer, P.A., have been denied admission or been disciplined in accordance with the rules of this Court or any other Court.

6.  I have been requested by Defendant Acadia Insurance Company to appear as its counsel in this action with regard to the claims brought by Beverly Port Marina, Inc. and Leslie S. Ray Insurance Agency.

7.  I have previously been admitted to practice *pro hac vice* in the Superior Courts of the Commonwealth of Massachusetts, and the States of New Hampshire and Vermont, as well as in the United States District Courts for the Districts of Massachusetts, New Hampshire, Rhode Island, Vermont, Connecticut, Mississippi, New Jersey, the Western District of Missouri, and the Southern District of New York. I am also admitted in the United States Court of Appeals for the Third Circuit, and the United States Supreme Court.

8.  I am making this Affidavit in support of Marshall J. Tinkle, Esq.'s Motion to Admit me *Pro Hac Vice* before the United States District Court for the District of Massachusetts in the above captioned matter.

9.  I am familiar with the rules and procedures of the United States District Court for the District of Massachusetts.

DATED:   April 28, 2005

*[signature]*
Leonard W. Langer, Esq.

Tompkins, Clough, Hirshon & Langer, P. A.
Three Canal Plaza
P. O. Box 15060
Portland, ME  04112-5060
207-874-6700

STATE OF MAINE
CUMBERLAND, ss.                                April  28 , 2005

Personally appeared the above-named Leonard W. Langer and swore that the foregoing Affidavit is true.

Before me,

*[signature]*, Karen Belton
Notary Public, State of Maine
My commission expires 08/26/06

## CERTIFICATE OF SERVICE

I, Marshall J. Tinkle, Esq., hereby certify that on April 28, 2005, I caused a true copy of the within AFFIDAVIT OF LEONARD W. LANGER, IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* to be mailed by First Class Mail, postage prepaid, to William D. Chapman, Esq. and Stephen D. Eldridge, Esq. of the firm of Melick, Porter & Shea, LLP, 28 State Street, Boston, MA 02100, attorneys for Plaintiffs, Beverly Port Marina, Inc. and Leslie S. Ray Insurance Agency.

Marshall J. Tinkle, Esq.

Acadia/Bev Port/Aff'd LWL