UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEVERLY PORT MARINA, INC. and LESLIE S. RAY INSURANCE AGENCY, INC., <br><br> Plaintiffs <br><br> vs. <br><br> ACADIA INSURANCE COMPANY, <br><br> Defendant | Civil Action No.:_____ <br><br> 05 10883 WGY <br><br><br> **CORPORATE DISCLOSURE STATEMENT** <br><br> Rule 7.1, F.R.Clv.P. |

NOW COMES Defendant, Acadia Insurance Company, by and through its counsel, Tompkins, Clough, Hirshon & Langer, P.A., and pursuant to Rule 7.1, F.R.Civ.P. states that Acadia's ultimate parent company is W. R. Berkley Corporation, a publicly held corporation. Specifically, Acadia Insurance Company is wholly owned by Berkley Regional Insurance Company ("BRIC"); BRIC is wholly owned by Berkley Insurance Company ("BIC"); BIC is wholly owned by Signet Star Holdings, Inc. ("Signet"); and Signet is wholly owned by W. R. Berkley Corporation.

Dated: April 28, 2005

_____
Marshall J. Tinkle, Esq.   BBO 565513
Counsel for Defendant,
Acadia Insurance Company

Tompkins, Clough, Hirshon & Langer, P.A.
Three Canal Plaza
P.O. Box 15060
Portland, Maine  04112
207-874-6700

## CERTIFICATE OF SERVICE

     I, Marshall J. Tinkle, Esq., hereby certify that on April 28, 2005, I caused a true copy of the within CORPORATE DISCLOSURE STATEMENT to be mailed by First Class Mail, postage prepaid, to William D. Chapman, Esq. and Stephen D. Eldridge, Esq. of the firm of Melick, Porter & Shea, LLP, 28 State Street, Boston, MA 02100, attorneys for Plaintiffs, Beverly Port Marina, Inc. and Leslie S. Ray Insurance Agency.

                                                       */s/ Marshall J. Tinkle*
                                                  Marshall J. Tinkle, Esq.

TOMPKINS, CLOUGH, HIRSHON & LANGER, P.A.
Three Canal Plaza
P. O. Box 15060
Portland, ME 04112-5060
(207) 874-6700


Acadia/Bev Port/Corp Disc Stat.