UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEVERLY PORT MARINA, INC. <br> and LESLIE S. RAY INSURANCE <br> AGENCY, INC., <br>            Plaintiffs <br> vs. <br> ACADIA INSURANCE COMPANY, <br>            Defendant | Civil Action No. 1:05-cv-10883-WGY |

**DEFENDANT'S MOTION TO DISMISS**

     NOW COMES Defendant, Acadia Insurance Company, by and through its counsel, Tompkins, Clough, Hirshon & Langer, P.A., and pursuant to Rule 12(b)(6), F.R. Civ. P., moves to dismiss Plaintiffs' Complaint on the ground that it fails to state a claim on which relief can be granted. More specifically, it is demonstrable on the face of the Complaint, together with other documents that may be considered on a motion to dismiss, as annexed to the accompanying affidavit of Leonard W. Langer, that this action is barred by *res judicata* and the applicable statutes of limitations and otherwise fails to set forth a cognizable claim, all as set more fully in Defendant's accompanying Memorandum of Law.

Dated at Portland, Maine this 5th day of May, 2005.

ACADIA INSURANCE COMPANY

By its counsel:


/s/   Leonard W. Langer

/s/   Marshall J. Tinkle
BBO#565513

TOMPKINS, CLOUGH, HIRSHON
  & LANGER, P.A.
Three Canal Plaza
P. O. Box 15060
Portland, ME  04112-5060
  (207) 874-6700


## CERTIFICATE OF SERVICE

I, Leonard W. Langer, hereby certify that on May 5, 2005, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to the following:  William D. Chapman, Esq., Melick, Porter & Shea, LLP, 28 State Street, Boston, MA  02109 counsel for Plaintiffs Beverly Port Marina, Inc. and Leslie S. Ray Insurance Agency.

/s/   Leonard W. Langer