UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * | | Civil Action No. |
| | * | 05-CV-10883-WGY |
| | * | |
| LESLIE S. RAY INSURANCE , | * | |
| COMPANY, INC. and | * | |
| BEVERLY PORT MARINA, INC., | * | |
|   Plaintiffs | * | |
| vs. | * | |
| ACADIA INSURANCE COMPANY, | * | |
|   Defendant | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * | | |

**JOINT CASE MANAGEMENT PROPOSAL**

Pursuant to the Court's July 7, 2005 Order and Local Rule 16.1, the parties to the above-captioned action submit their Joint Case Management Proposal:

1. <u>Proposed discovery schedule</u>

    A. Initial Disclosures required by Fed. R. Civ. P. 26(1) will be served on or before August 16, 2005.

    B. Discovery to be completed by November 3, 2005:

        i. The plaintiffs intend to submit written discovery and conduct the depositions of several representatives of Acadia Insurance Company regarding underwriting and marketing issues relative to the type of insurance at issue in this case.

        ii. Defendant intends to submit written discovery and to conduct the depositions of representatives of both Plaintiffs on all issues raised by Plaintiffs' surviving claims. Defendant reserves the right to conduct such other discovery as is it deems necessary and as is

        allowed by the Rules before the discovery deadline.

    C.    Plaintiffs' expert disclosure due by September 6, 2005.  Defendant's expert disclosure due by October 13, 2005.  Expert disclosures and discovery to be completed by November 3, 2005.

2.    <u>Proposed motion schedule</u>

    A.    All motions under Fed. R. Civ. P. 13, 14, 15, 19, or 20, if any, to be filed by August 16, 2005.

    B.    All motions under Fed. R. Civ. P. 56, if any, to be filed by November 30, 2005.

3.    <u>Local Rule 16.1(D)(3) certification</u>

Counsel for the parties hereby affirm that they have conferred with their respective clients:

    (a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| BEVERLY PORT MARINA, INC. and COMPANY,<br>LESLIE S. RAY INSURANCE AGENCY, INC.<br>By its attorneys: | ACADIA INSURANCE<br><br>By its attorneys, |
| s/s Stephen D. Eldridge | s/s Marshall J. Tinkle |
| William D. Chapman, BBO# 551261<br>Stephen D. Eldridge, BBO# 651855<br>Melick, Porter & Shea, LLP<br>28 State Street<br>Boston MA 02109<br>(617) 523-6200 | Leonard W. Langer, *Pro Hac Vice*<br>Marshall J. Tinkle, BBO# 565513<br>Tompkins, Clough, Hirshon & Langer, P.A.<br>Three Canal Plaza, P.O. Box 15060<br>Portland, ME 04112<br>(207) 874-6700 |
| Date: July 20, 2005<br>2005 | Date: July 20, |