UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*          Civil Action No.: 05-10883 WGY
\*
LESLIE S. RAY INSURANCE ,          \*
COMPANY, INC. and                  \*
BEVERLY PORT MARINA, INC.,         \*
  Plaintiffs                      \*
                                 \*
vs.                                \*
                                 \*
ACADIA INSURANCE COMPANY,          \*
  Defendant                       \*
                                 \*
                                 \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CORPORATE DICLOSURE STATEMENT OF THE PLAINTIFF, BEVERLY PORT MARINA, INC., PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 7.3**

NOW COMES the plaintiff, Beverly Port Marina, Inc., and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3 that it has no parent corporations and that no publicly held company owns 10% or more of its stock.

                BEVERLY PORT MARINA, INC.
                By its attorneys:


                /s/ Stephen D. Eldridge
                William D. Chapman, BBO# 551261
                Stephen D. Eldridge, BBO# 651855
                Melick, Porter & Shea, LLP
                28 State Street
                Boston MA 02109
                (617) 523-6200

Date: July 29, 2005