UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * | | Civil Action No.: 05-10883 WGY |
| LESLIE S. RAY INSURANCE , COMPANY, INC. and BEVERLY PORT MARINA, INC., Plaintiffs | * * * * * * | |
| vs. | * * | |
| ACADIA INSURANCE COMPANY, Defendant | * * * * | |
| * * * * * * * * * * * * * * * * * * * | | |

**CORPORATE DICLOSURE STATEMENT OF THE PLAINTIFF, LESLIE S. RAY INSURANCE COMPANY, INC., PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 7.3**

NOW COMES the plaintiff, Leslie S. Ray Insurance Company, Inc., and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3 that it has no parent corporations and that no publicly held company owns 10% or more of its stock.

LESLIE S. RAY INSURANCE COMPANY, INC.
By its attorneys:


 /s/ Stephen D. Eldridge
William D. Chapman, BBO# 551261
Stephen D. Eldridge, BBO# 651855
Melick, Porter & Shea, LLP
28 State Street
Boston MA 02109
(617) 523-6200

Date: July 29, 2005