UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEVERLY PORT MARINA, INC.<br>and LESLIE S. RAY INSURANCE<br>AGENCY, INC.,<br><br>     Plaintiffs<br><br>vs.<br><br>ACADIA INSURANCE COMPANY,<br><br>     Defendant | )<br>)<br>)   Civil Action No. 1:05-cv-10883-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION TO EXCLUDE EXPERT TESTIMONY**

NOW COMES Defendant, Acadia Insurance Company, by and through its counsel, Tompkins, Clough, Hirshon & Langer, P.A., and pursuant to Rules 26 and 37(c), F.R. Civ. P., and Rule 37.1, Local Rules of the United States District Court for the District of Massachusetts, respectfully moves this Court to exclude expert testimony offered on behalf of Plaintiffs, including but not limited to expert testimony of Craig F. Stanovich.

In support of this motion, Defendant relies on its accompanying memorandum of law.

Dated this 18th day of October, 2005.

ACADIA INSURANCE COMPANY

By its counsel:

/s/   Leonard W. Langer

/s/   Marshall J. Tinkle
BBO#565513

TOMPKINS, CLOUGH, HIRSHON
  & LANGER, P.A.
Three Canal Plaza
P. O. Box 15060
Portland, ME  04112-5060
  (207) 874-6700

## LOCAL RULE 37.1 CERTIFICATE

The undersigned certifies that it has complied with the provision of Rule 37.1, Local Rules of the United States District Court for the District of Massachusetts, including the provisions regarding the discovery conference.

        ACADIA INSURANCE COMPANY

        By its counsel:

        /s/   Leonard W. Langer_____

        /s/   Marshall J. Tinkle_____
        BBO#565513

## CERTIFICATE OF SERVICE

I, Leonard W. Langer, hereby certify that on October 18, 2005, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to the following:  William D. Chapman, Esq., Melick, Porter & Shea, LLP, 28 State Street, Boston, MA  02109 counsel for Plaintiffs Beverly Port Marina, Inc. and Leslie S. Ray Insurance Agency.

        /s/   Leonard W. Langer\_\_\_\_\_

Acadia/BPM/LRIA
Def's Motion to Exclude Expert Testimony