UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * *
                                          *
BEVERLY PORT MARINA, INC., and            *
LESLIE S. RAY INSURANCE                   *
AGENCY, INC.,                             *   Civil Action No. 1:05-cv-10883-WGY
     plaintiffs,                          *
v.                                        *
                                          *
ACADIA INSURANCE COMPANY                  *
     defendant                            *
                                          *
* * * * * * * * * * * * * * * * * * * * * *
```

**MOTION OF THE PLAINTIFFS TO AMEND CASE MANAGEMENT SCHEDULING ORDER AND FOR RECONSIDERATION WITH RESPECT TO EXPERT ISSUES**

REQUEST FOR ORAL ARGUMENT

The plaintiffs, Beverly Port Marina, Inc. ("BPM") and Leslie Ray Insurance Agency, Inc. ("LRIA"), hereby move for a minimal amendment to the Case Management Scheduling Order applicable to this case, in order to permit the parties, who are cooperating with each other, to complete discovery which is currently ongoing, and to permit the plaintiffs (and defendant, if necessary) to proceed with their expert disclosures in accordance with the original scheduling order. The plaintiffs suggest that a minimal amendment of the scheduling order will facilitate the fair and orderly progress of this case, and will allow the plaintiffs to establish their case as they have intended to do from the beginning. The requested amendment will prejudice neither party, nor the court. On the other hand, however, without the relief requested herein, the plaintiffs' case will be prejudiced. Considering the prejudice which will result to the plaintiffs without an amendment, as compared to the absence of any prejudice to anyone if an amendment is granted, the plaintiffs suggest that the amendment requested herein is warranted and is fully

consistent with the interests of fairness and justice.

In further support hereof, the plaintiffs incorporate their Memorandum in Support of their Motion to Amend Case Management Scheduling Order and for Reconsideration with Respect to Expert Issues, including the attached Affidavit of William D. Chapman, and related exhibits.

                                            Beverly Port Marina, Inc., and
Leslie Ray Insurance Agency, Inc.
By their attorney:

/s/ William D. Chapman
William D. Chapman, BBO# 551261
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109
(617) 523-6200

Date: 11/18/05