UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * *
                                            *
BEVERLY PORT MARINA, INC., and              *
LESLIE S. RAY INSURANCE                     *
AGENCY, INC.,                               *   Civil Action No. 1:05-cv-10883-WGY
                                            *
        Plaintiffs,                         *
v.                                          *
                                            *
ACADIA INSURANCE COMPANY,                   *
                                            *
        Defendant.                          *
                                            *
* * * * * * * * * * * * * * * * * * * * * * *
```

## NOTICE OF APPEARANCE

Pursuant to Fed. R. Civ. P. 11, please enter the undersigned appearance as counsel of record for the plaintiffs, Beverly Port Marina, Inc. and Leslie Ray Insurance Agency, Inc. in the above-captioned matter.

        BEVERLY PORT MARINA, INC., and
        LESLIE RAY INSURANCE AGENCY, INC.,

        By their attorneys,


        /s/ Michael R. Byrne
        Michael R. Byrne, BBO# 558899
        MELICK, PORTER & SHEA, LLP
        28 State Street
        Boston, MA 02109-1775
        (617) 523-6200
        mbryne@melicklaw.com

Date: January 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 10, 2006.

                    /s/ Michael R. Byrne
                    Michael R. Byrne