UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                                Civil Action
                                                                                                No: **05-10883-WGY**

**BEVERLY PORT MARINA, INC.**
**LESLIE S. RAY INSURANCE AGENCY, INC.**
**Plaintiff**

v.

**ACADIA INSURANCE COMPANY**

Defendant

# JUDGMENT

      This action came before the court on a motion for Summary Judgment. After hearing the Court Allows the defendant's Motion for Summary Judgment. Judgment for the Defendant Acadia Insurance Company against Plaintiffs Beverly Port marina, Inc. and Leslie S. Ray Insurance Agency, Inc.
      .

                                                                           **Sarah A. Thornton**
                                                                           **Clerk**


                                                                       **/s/ Elizabeth Smith**
                                                                           **Deputy Clerk**

**January 11, 2006**
**To: All Counsel**