AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

━━━━━━━━━━━━━━━━━━ **DISTRICT OF** ━━━━━━━━━━━━━━━━━━

## BILL OF COSTS

**V.**

Case Number: _____

Judgment having been entered in the above entitled action on _____ against _____ ,
                                                                Date

the Clerk is requested to tax the following as costs:

Fees of the Clerk ...................................................................................... $ _____

Fees for service of summons and subpoena ........................................................ _____

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ....... _____

Fees and disbursements for printing ............................................................... _____

Fees for witnesses (itemize on reverse side) ...................................................... _____

Fees for exemplification and copies of papers necessarily obtained for use in the case .................... _____

Docket fees under 28 U.S.C. 1923 ................................................................. _____

Costs as shown on Mandate of Court of Appeals .................................................. _____

Compensation of court-appointed experts .......................................................... _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ............. _____

Other costs (please itemize) ....................................................................... _____

TOTAL  $ _____

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

_____ .

Signature of Attorney: _____

Name of Attorney: _____

For: _____ Date: _____

Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgement.

_____ By: _____ _____
Clerk of Court                        Deputy Clerk                        Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**

"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**

Rule 54 (d)

"Except where express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6 (e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BEVERLY PORT MARINA, INC.<br>and LESLIE S. RAY INSURANCE<br>AGENCY, INC., | ) <br> ) <br> ) <br> ) | Civil Action No. 1:05-cv-10883-WGY |
| Plaintiffs | ) <br> ) | |
| vs. | ) <br> ) | |
| ACADIA INSURANCE COMPANY, | ) <br> ) | |
| Defendant | ) <br> ) | |

## LIST OF DEPOSITIONS USED IN CONJUNCTION WITH DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

| Deponent | Date | Cost |
|---|---|---|
| Grettyl Benisch | 12/15/2005 | $403.60 |
| Charles Hamblen | 10/27/2005 | $122.40 |
| Frank Kinzie | 1/9/2004 | $457.50 |
| Suzanne Kinzie | 12/5/2003 | $613.35 |
| Patrick O'Toole | 10/272005 | $163.80 |
| Matthew Pedersen | 11/1/2005 | $125.60 |
| David L. Ray | 11/2/2005 | $690.00 |
| David L. Ray | 12/4/2003 | $460.35 |
| Theodore Wirth | 10/31/2005 | $241.20 |
| | Total: | $3,277.80 |

CONTINENTAL REPORTING SERVICE, INC.            I N V O I C E
TAX ID: 91-1485168
(206) 624-3377 Fax: (206) 623-7228               Reprint

Send Billing Inquires to:                   Remit Payment to:
500 Union Street, Suite 926                 P.O. Box 50245
Seattle, WA  98101                          Bellevue, WA  98015

                                            Invoice No. :    555701
                                            Invoice Date:   1/06/06

     Client ID: 130927
     Leonard W. Langer, Esq.
     TOMPKINS CLOUGH HIRSHON & LANGER
     P.O. Box 15060
     Portland ME  04112 USA

                              Note: Please mail a copy of invoice
                                    with payment and include the
                                    invoice number from above on
TERMS: DUE UPON RECEIPT               the check.

RE: BEVERLY PORT MARINA v ACADIA
No: CA0510883WGY

DEPONENT NAME                    JOB NO.    TAKEN     CHARGES

GRETTYL BENISCH                  108583.1  12/15/2005

Delivery and Handling                                    15.00

Transcript, 1 cc                                        388.60

INVOICE ACTIVITY                 9999999.1

2006-1-18 TOMPKINS, CLOUGH, HIRSHON & LA 2006-1-18  Re:   (403.60)
24299

               TOTAL AMOUNT DUE................$        0.00

Note:
Reprint processed on:  1/27/2006

Payment is due upon receipt. Invoices not paid in 30 days shall accrue
interest at the rate of 1.5% per month. Continental Reporting shall be
entitled to recover all costs and expenses incurred in collecting such
amounts, including but not limited to reasonable attorneys' fees.

# Hennessey Corp. d/b/a Robert H. Lange Co.

50 Congress Street, Suite 525
Boston, MA 02109

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/7/2004 | 15068 |

| Phone # | 617-523-1874 | Fax # | 617-523-7343 |
|---------|--------------|-------|--------------|

dip 15935?
2101?

| BILL TO |
|---------|
| Tompkins, Clough, Hirshon & Langer<br>Leonard W. Langer, Esq.<br>Three Canal Plaza<br>Portland, ME 04112-5060 |

| SHIP TO |
|---------|
| Tompkins, Clough, Hirshon & Langer<br>Leonard W. Langer, Esq.<br>Three Canal Plaza<br>Portland, ME 04112-5060 |

| TERMS | REP | SHIP DATE | SHIP VIA | JOB |
|-------|-----|-----------|----------|-----|
| 30 days | SLB | 12/29/2003 | UPS | 12/5 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 04-Regular | Copy of transcript | 241 | 2.35 | 566.35 |
| 65-Other | Minuscript | | 35.00 | 35.00 |
| 73-P&H | UPS-Ground | | 15.00 | 15.00 |
| | | | | |
| | Acadia Insurance Company v. Beverly Port Marina | | | |
| | | | | |
| | depo of Suzanne Kinzie | | | |
| | 12/5/03 | | | |

| | Total | $616.35 |
|--|-------|---------|
| | **Balance Due** | $616.35 |

Please make checks payable to Hennessey Corp., Tax ID
04-3491166

JAN 28 2004

# ADVANCED COURT & CONFERENCE REPORTING

P.O. Box 181
Cohasset, MA 02025

781-383-1188                                              email:accr3@aol.com
781-383-2191 FAX                                         TIN Number: 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

# INVOICE

January 27, 2004                              Invoice No.    6050

Leonard W. Langer, Esq.
Tompkins, Clough, Hirshon & Langer, P.C.
Three Canal Plaza
P.O. Box 15080
Portland, ME  04112-5060

                                                                   AB

Civil Action No.    02CV10153...          Service Date    1/9/2004


Acadia Insurance Company v. Beveraly Port Marina, Inc.
and Carlos Johnson v. Leslie S. Ray Insurance Agency,
Inc.
Deposition of FRANK KINZIE
151 pages @ $2.50/page                                        377.50
Miniscript and word index                                     50.00
E-mail transmission                                           20.00
COD Delivery                                                  10.00


**Total Amount Due**    $457.50


Total Amount of Invoice Due and Payable
Upon Receipt
1.5% interest charged on any unpaid balance over 30 days

# Downing & Peters
# Reporting Associates

79 Atlantic Place
South Portland, Maine 04106

# I N V O I C E

| Invoice No. | Date | Job No. |
|---|---|---|
| 21626 | 11/08/2005 | 02-81287 |
| **Job Date** | **Reporter** | **Case No.** |
| 10/27/2005 | MARTTA | 05-CV-1088 |

### *TO:*

Leonard Langer, Esq.
Tompkins, Clough, Hirshon & Langer
Three Canal Plaza
P.O. Box 15060
Portland, ME 04112-5060

### Case Caption

Leslie S. Ray Ins. Agency vs. Acadia Ins. Co.

```
1 Copy of the Transcript of:
    Charles Hamblen - 30(b)(6) of Acadia        68 Pages @      1.80/Page       122.40
1 Copy of the Transcript of:
    Patrick O'Toole - 30(b)(6) of Acadia         91 Pages @      1.80/Page       163.80
                                                                             ----------
                                             TOTAL   DUE   >>>>                  286.20
```

## Federal ID Number

01-0321947

(207) 874-6700    Fax (207) 874-6705

*Please detach bottom portion and return with payment.*

Leonard Langer, Esq.
Tompkins, Clough, Hirshon & Langer
Three Canal Plaza
P.O. Box 15060
Portland, ME 04112-5060

```
Invoice No.:  21626
Date       :  11/08/2005
TOTAL DUE  :     286.20


Job No.    :  02-81287
Case No.   :  05-CV-10883-WGY
Leslie S. Ray Ins. Agency vs. Acadia
```

Remit To:    **Downing & Peters Reporting Associates**
      **79 Atlantic Place**
      **South Portland, ME 04106**

**Downing & Peters Reporting Associates**    207-772-6221   800-540-3376

From: Sean Downing 207-772-2056 To: Sandy Shepard          Date: 1/26/2006 Time: 9:27:32 AM                    Page 3 of 4

# Downing & Peters
# Reporting Associates

**79 Atlantic Place**
**South Portland, Maine  04106**

# I N V O I C E

| **Invoice No.** | **Date** | **Job No.** |
|---|---|---|
| 21628 | 11/08/2005 | 02-81298 |
| **Job Date** | **Reporter** | **Case No.** |
| 10/31/2005 | MARTTA | 05-CV-1088 |

## _TO:_

Leonard Langer, Esq.
Tompkins, Clough, Hirshon & Langer
Three Canal Plaza
P.O. Box 15060
Portland, ME 04112-5060

### Case Caption

Leslie S. Ray Ins. Agency vs. Acadia Ins. Co.

| | | | |
|---|---|---|---|
| 1 Copy of the Transcript of:<br>Theodore Wirth - 30(b)(6) of Acadia | 134 Pages @ | 1.80/Page | 241.20 |
| | **TOTAL  DUE  >>>>** | | **241.20** |

## Federal ID Number

01-0321947

(207) 874-6700    Fax  (207) 874-6705

_Please detach bottom portion and return with payment._

Leonard Langer, Esq.
Tompkins, Clough, Hirshon & Langer
Three Canal Plaza
P.O. Box 15060
Portland, ME 04112-5060

```
Invoice No.:  21628
Date       :  11/08/2005
TOTAL DUE  :     241.20


Job No.    :  02-81298
Case No.   :  05-CV-10883-WGY
Leslie S. Ray Ins. Agency vs. Acadia
```

Remit To:      **Downing & Peters Reporting Associates**
               **79 Atlantic Place**
               **South Portland, ME 04106**

# Downing & Peters Reporting Associates    207-772-6221   800-540-3376

Case 1:05-cv-10883-WGY     Document 26     Filed 02/23/2006     Page 9 of 11

# Downing & Peters
# Reporting Associates
**79 Atlantic Place**
**South Portland, Maine  04106**

# INVOICE

| Invoice No. | Date | Job No. |
|---|---|---|
| 21630 | 11/08/2005 | 02-81301 |
| **Job Date** | **Reporter** | **Case No.** |
| 11/01/2005 | MARTTA | 05-CV-1088 |

## Case Caption
Leslie S. Ray Ins. Agency vs. Acadia Ins. Co.

## _TO:_

Leonard Langer, Esq.
Tompkins, Clough, Hirshon & Langer
Three Canal Plaza
P.O. Box 15060
Portland, ME 04112-5060

```
1 Copy of the Transcript of:
   Matthew Pedersen                      67 Pages @       1.80/Page          120.60
           Delivery                                                           5.00
                                                                         _____
                                      TOTAL   DUE   >>>>                      125.60
```

## Federal ID Number

01-0321947                                                    (207) 874-6700    Fax (207) 874-6705

*Please detach bottom portion and return with payment.*

Leonard Langer, Esq.
Tompkins, Clough, Hirshon & Langer
Three Canal Plaza
P.O. Box 15060
Portland, ME 04112-5060

```
Invoice No.:  21630
Date       :  11/08/2005
TOTAL DUE  :      125.60


Job No.    :  02-81301
Case No.   :  05-CV-10883-WGY
Leslie S. Ray Ins. Agency vs. Acadia
```

Remit To:      **Downing & Peters Reporting Associates**
                **79 Atlantic Place**
                **South Portland, ME 04106**

# Downing & Peters Reporting Associates    207-772-6221  800-540-3376

# Hennessey Corp. d/b/a Robert H. Lange Co.
## 50 Congress Street, Suite 525
## Boston, MA 02109

# Invoice

| Phone # | 617-523-1874 | Fax # | 617-523-7343 |
|---------|--------------|-------|--------------|

| DATE | INVOICE # |
|------|-----------|
| 11/10/2005 | 18707 |

**PAID**

**BILL TO**

Tompkins, Clough, Hirshon & Langer
Three Canal Plaza
Portland, ME 04112-5060

Tompkins, Clough, Hirshon & Langer
Leonard Langer, Esq.
Three Canal Plaza
Portland, ME 04112-5060

| TERMS | REP | SHIP DATE | SHIP VIA | JOB |
|-------|-----|-----------|----------|-----|
| 30 days | HBS | 11/10/2005 | UPS | 3016A |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 02-Regular | Original-All pages | 200 | 3.25 | 650.00 |
| 63-Other | Read & Sign | | 25.00 | 25.00 |
| 73-P&H | UPS-Ground | | 15.00 | 15.00 |
| | Beverly Port Marina vs. Acadia Insurance | | | |
| | depo of David L. Ray | | | |
| | 11/2 | | | |

| | |
|---|---|
| **Total** | $690.00 |
| **Balance Due** | $0.00 |

Please make checks payable to Hennessey Corp., Tax ID
04-3491166

# Hennessey Corp. d/b/a Robert H. Lange Co.
## 50 Congress Street, Suite 525
## Boston, MA 02109

# Invoice

| | Phone # | 617-523-1874 | Fax # | 617-523-7343 |
|---|---|---|---|---|

| DATE | INVOICE # |
|---|---|
| 12/16/2003 | 14944 |

**PAID**

| BILL TO | |
|---|---|
| Tompkins, Clough, Hirshon & Langer<br>Three Canal Plaza<br>Portland, ME 04112-5060 | ...pkins, Clough, Hirshon & Langer<br>Leonard W. Langer, Esq.<br>Three Canal Plaza<br>Portland, ME 04112-5060 |

| TERMS | REP | SHIP DATE | SHIP VIA | JOB |
|---|---|---|---|---|
| 30 days | HBS | 12/15/2003 | UPS | 12/4 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 04-Regular<br>65-Other | Copy of transcript<br>Minuscript<br><br>Acadia Insurance vs. Beverly Port Marina, Et al<br><br>depo of David L. Ray<br>12/4 | 181 | 2.35<br>35.00 | 425.35<br>35.00 |

| | |
|---|---|
| **Total** | $460.35 |
| **Balance Due** | $0.00 |

Please make checks payable to Hennessey Corp., Tax ID
04-3491166