# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BEVERLY PORT MARINA, INC. | ) | |
| and LESLIE S. RAY INSURANCE | ) | |
| AGENCY, INC., | ) | Civil Action No. 1:05-cv-10883-WGY |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ACADIA INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant | ) | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS BILL OF COSTS

NOW COMES Defendant, Acadia Insurance Company, by and through its counsel, Tompkins, Clough, Hirshon & Langer, P.A., and pursuant to Rule 7.1(B)(3), Local Rules of the United States District Court for the District of Massachusetts, respectfully requests permission to file a Reply Memorandum in Support of its Bill of Costs.  In support of the within motion, Acadia states as follows:

Plaintiffs have filed an "Opposition to Defendant's Motion for Costs," which is not authorized by the civil rules.  Rather than permitting an objection to a bill of costs, Rule 54(d) indicates that costs may be taxed by the clerk on one day's notice; thereafter, an opposing party has five days to file a motion seeking review.  F.R. Civ. P. 54(d)(1). Had Plaintiffs followed the specified procedure, Acadia would of course have been entitled to respond.  See D. Mass. L.R. 7.1(B)(2).  Plaintiffs have sought to circumvent this procedure by mischaracterizing Plaintiff's bill of costs as a "motion" for costs.

1

Because Plaintiffs have, in effect, filed a premature motion for review, Acadia should still have the right to file a responsive memorandum.

Furthermore, Plaintiffs now seek an award of attorneys' fees and baselessly accuse Acadia of "bad faith," a charge which Acadia cannot allow to stand without comment.  Finally, Plaintiffs have raised timeliness and other procedural issues which warrant a reply by Acadia.

WHEREFORE, Acadia prays that this honorable Court grant its Motion to File a Reply Memorandum.

Dated at Portland, Maine this 9th day of March, 2006.

ACADIA INSURANCE COMPANY

By its counsel:

/s/   Leonard W. Langer

/s/   Marshall J. Tinkle
BBO#565513

TOMPKINS, CLOUGH, HIRSHON
   & LANGER, P.A.
Three Canal Plaza
P. O. Box 15060
Portland, ME  04112-5060
   (207) 874-6700
lwlanger@tchl.com

## **<u>CERTIFICATE OF SERVICE</u>**

I, Leonard W. Langer, hereby certify that on March 9, 2006, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to the following:  William D. Chapman, Esq., Melick, Porter & Shea, LLP, 28 State Street, Boston, MA  02109 counsel for Plaintiffs Beverly Port Marina, Inc. and Leslie S. Ray Insurance Agency.

/s/   Leonard W. Langer

Acadia/Bev Port/
AcadiaMot for leave to file reply memo